ROGERS-EBERT COMPANY, complainant,

*v.*

CENTURY CONSTRUCTION Co. et al., defendants.

[Decided April 23d, 1942.]

*Mr. Richard J. Fitz Maurice,* for the complainant.

*Mr. William A. Dolan,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported at *131 N. J. Eq. 67.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.